# EXHIBIT AND WITNESS LIST

| USA V. SHANARD ZELRON BANKS | | DISTRICT COURT MDLA | |
|---|---|---|---|

| PLAINTIFF'S ATTORNEY<br>Robert W. Piedrahita<br>AUSA | DEFENDANT'S ATTORNEY<br>C. James Rothkamm, Jr. | DOCKET NUMBER<br>Cr. 10-28–RET-DLD |
|---|---|---|
| | | HRG. DATE(S)<br>3/16/10 |

| PRESIDING MAGISTRATE JUDGE<br>Docia L. Dalby | COURT REPORTER<br>N/A | COURTROOM DEPUTY<br>Joan Sheets-Launey |
|---|---|---|

| PLTF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| US-1 | | 3/16/10 | X | X | DEA report of investigation (7 pages) re: arrest of Shanard Banks |
| US-2 | | 3/16/10 | X | X | BRPD narrative report of incident date 1/21/07 re: Shanard Banks and Angel Bernard |
| US-3 | | 3/16/10 | X | X | BRPD report and supplemental reports (supplement 002, 003, 004, 005 and 006) re: incident of 9/14/08, re: Shanard Banks |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.