UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NUMBER: 10-28-RET-DLD |
| VERSUS | PRESIDING JUDGE: TYSON |
| SHANARD ZELRON BANKS | MAGISTRATE JUDGE: DALBY |

**MOTION TO WITHDRAW PLEADING**

NOW INTO COURT, through undersigned counsel, comes defendant Shanard Zelron Banks, who hereby seeks to withdraw the Motion to Continue Deadlines and Trial (doc. 19) filed on his behalf on April 29, 2010. The referenced citation listed therein is inaccurate. Said pleading will be amended and refiled with the Court.

Respectfully submitted;

Hymel Davis & Petersen, L.L.C.

s/Michael Reese Davis
Michael Reese Davis (Bar # 17529)
L. J. Hymel (Bar # 07137)
10602 Coursey Boulevard
Baton Rouge, Louisiana 70816
Telephone: (225) 298-8118
Facsimile: (225) 298-8119

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2010, the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will also be sent to Robert W. Piedrahita by operation of the court's electronic filing system.

        s/Michael Reese Davis
        Michael Reese Davis, (LBN# 17529)
        Hymel Davis & Petersen, LLC
        10602 Coursey Boulevard
        Baton Rouge, Louisiana 70816
        Telephone: 225.298.8118
        Facsimile: 225.298.8119
        mdavis@hymeldavis.com