UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NUMBER:  10-28-RET-DLD |
| VERSUS | PRESIDING JUDGE:  TYSON |
| SHANARD ZELRON BANKS | MAGISTRATE JUDGE:  DALBY |

**<u>AMENDED MOTION TO CONTINUE DEADLINES AND TRIAL</u>**

NOW INTO COURT, through undersigned counsel, comes defendant, Shanard Zelron Banks, who hereby moves to continue the deadlines and trial date in the above-referenced matter for the following reasons:

1.

Mr. Banks' prior counsel recently withdrew from representation in this case.

2.

Undersigned counsel's request to enroll as counsel was granted on April 28, 2010.

3.

Undersigned counsel needs additional time to review prior counsel's file, discovery documents provided, as well as considering the filing of any pretrial motions.

4.

Based upon the foregoing, counsel will not be prepared for trial in this matter, which is currently scheduled to commence on May 11, 2010.

5.

Undersigned counsel represents that the Assistant United States Attorney does not have an objection to a continuance in this matter.

6.

In light of the above, Mr. Banks contends that the ends of justice served by the grant of this motion outweigh the best interest of the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

Accordingly, Mr. Banks moves to continue the deadlines and trial date in this matter.

>Respectfully submitted;
>
>Hymel Davis & Petersen, L.L.C.
>
>s/Michael Reese Davis
>Michael Reese Davis (Bar # 17529)
>L. J. Hymel (Bar # 07137)
>10602 Coursey Boulevard
>Baton Rouge, Louisiana  70816
>Telephone:  (225) 298-8118
>Facsimile: (225) 298-8119
>mdavis@hymeldavis.com
>
>**Counsel for Shanard Zelron Banks**

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2010, the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will also be sent to Robert W. Piedrahita by operation of the court's electronic filing system.

>s/Michael Reese Davis
>Michael Reese Davis, (LBN# 17529)
>Hymel Davis & Petersen, LLC
>10602 Coursey Boulevard
>Baton Rouge, Louisiana 70816
>Telephone: 225.298.8118
>Facsimile: 225.298.8119
>mdavis@hymeldavis.com