UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NUMBER: 10-28-RET-DLD |
| VERSUS | PRESIDING JUDGE: TYSON |
| SHANARD ZELRON BANKS | MAGISTRATE JUDGE: DALBY |

**MOTION TO CONTINUE MOTIONS DEADLINE**

NOW INTO COURT, through undersigned counsel, comes defendant, Shanard Zelron Banks, who hereby moves to continue the motions deadline in the above-referenced matter for the following reasons:

1.

The current pre-trial motions deadline in this matter is May 24, 2010.

2.

An extension is sought to allow additional time for the parties to discuss resolution of the matter.

3.

Additionally, an extension is sought to allow additional time for the government to locate discovery.

4.

Undersigned counsel has contacted Assistant United States Attorney Robert Piedrahita in this matter, who has no objection to a continuance.

5.

Based on the foregoing, defendant seeks an extension of at least two weeks.

WHEREFORE, defendant Shanard Zelron Banks prays that the court grant the instant motion.

Respectfully submitted;

Hymel Davis & Petersen, L.L.C.

s/Michael Reese Davis
Michael Reese Davis (Bar # 17529)
L. J. Hymel (Bar # 07137)
10602 Coursey Boulevard
Baton Rouge, Louisiana  70816
Telephone:  (225) 298-8118
Facsimile: (225) 298-8119
mdavis@hymeldavis.com

**Counsel for Shanard Zelron Banks**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2010, the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will also be sent to Robert W. Piedrahita by operation of the court's electronic filing system.

s/Michael Reese Davis
Michael Reese Davis, (LBN# 17529)
Hymel Davis & Petersen, LLC
10602 Coursey Boulevard
Baton Rouge, Louisiana 70816
Telephone: 225.298.8118
Facsimile: 225.298.8119
mdavis@hymeldavis.com
