## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                     CRIMINAL NO. 10-28-RET

VERSUS

SHANARD Z. BANKS

### JOINT MOTION TO EXTEND DEADLINES AND TO CONTINUE TRIAL DATE IN THE INTERESTS OF JUSTICE

**NOW INTO COURT**, comes the United States of America, by James Stanley Lemelle, United States Attorney for the Middle District of Louisiana, through Robert W. Piedrahita, Assistant United States Attorney, and L.J. Hymel, Jr. attorney for Shanard Z. Banks, the defendant, and respectfully represent the following:

1.

On June 3, 2010, the Government provided Michael Reese Davis documents to review at the United States Attorney's Office, which contained potential *Brady/Gilio* related information about the confidential informant used by the Drug Enforcement Administration in its investigation of the defendant. The information contained in those documents reflected conduct involving the confidential informant which arose between 1984 and 2000.

2.

Very shortly, the United States intends to provide to defendant's counsel a copy of the materials he reviewed at the United States Attorney's Office.

3.

The confidential informant played a very significant role in the audio and videotaped undercover investigation leading up to the defendant's arrest for the violation alleged in the Indictment.

4.

After having reviewed this material at the U.S. Attorney's Office, the defendant submitted an additional discovery request.

5.

It is possible that, in light of the material contained in those documents, the defendant may file pleadings seeking relief, in one form or another.

6.

When the indictment was brought in this matter, the United States did not intend to call the confidential informant as a witness at trial. It is possible that the defendant may decide to call the confidential informant as a witness in order to impeach and attack his credibility.

7.

Mr. Davis informed the undersigned that in light of the nature of the *Brady/Giglio* material he reviewed on June 3, 2010, more time would be needed to conduct an investigation of his own to explore, prepare, and develop possible defenses. The United States has no objections to additional time sought by the defendant.

8.

A period of delay may be excluded in computing the time within which a defendant

must be brought to trial if the continuance is granted on "the basis of findings that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial." See Title 18, United States Code, Section 3161(h)(7)(A).

9.

Out of an abundance of caution, the parties suggest that the deadline to file substantive motions should be extended beyond June 8, 2010.

**WHEREFORE**, the United States and the defendant request that this Honorable Court continue the trial already set for July 7, 2010.

**FURTHERMORE**, the United States and defendant respectfully request that this Honorable Court extend the deadline to file substantive motions beyond June 8, 2010.

UNITED STATES OF AMERICA, by

JAMES STANLEY LEMELLE
UNITED STATES ATTORNEY

/s/ Robert W. Piedrahita
Robert W. Piedrahita, LBN 10989
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: robert.piedrahita@usdoj.gov

/s/ L.J. Hymel
L. J. Hymel, LBN 07137
Attorney for Defendant
10602 Coursey Boulevard
Baton Rouge, LA 70816
Telephone: (225) 298-8118
Fax: (225) 298-8119

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          CRIMINAL NO. 10-28-RET

VERSUS

SHANARD Z. BANKS

## FINDINGS AND ORDER

Considering the motion to continue the trial in the interests of justice, the Court makes the following findings:

1. The confidential informant played a significant role in the investigation leading to the defendant's arrest;

2. Significant impeachment related information has recently been disclosed to defense counsel regarding a potential government witness;

3. More time is needed by the defendant to examine the potential *Brady/Giglio* material, to conduct his own investigation, and to investigate or develop possible defenses;

4. Should this matter proceed to trial as scheduled, the defendant will not have time to adequately prepare for trial or to file any motion as a result of the information which recently came to the defendant's attention;

Considering the findings made by the Court,

**IT IS ORDERED** that the trial date of July 7, 2010 is hereby cancelled and a continuance is hereby granted because the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS FURTHER ORDERED** that the deadline to file motions is extended to the

_____day of _____ 2010.

**IT IS FURTHER ORDERED** that after the deadline to file motions has past, a status conference shall be set for _____day of _____, 2010, at _____.m.

Read and signed this _____day of June, 2010, Baton Rouge, Louisiana.

_____
RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT